IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER SMONDROWSKI,** *Plaintiff,* <br><br> v. <br><br> **THE EDGEWOOD COMPANY, INC.,** *Defendant.* | **Civil No. 24-1297** |

## ORDER

**AND NOW,** on this 18th day of December, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 30), all corresponding briefing, and oral argument, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part. Defendant's Motion is **GRANTED** as to Count II (Age Discrimination in Employment Act) and **DENIED** as to all other counts.

BY THE COURT:

_____
MARY KAY COSTELLO, J.